UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY _CAD_ D.C.

2005 JUL 29 AM 11: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CR. No. 05-20174-Ma |
| PATRICK ALEXANDER, | ) |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Patrick Alexander, RNI Number 255262, Booking Number 5110821, now being detained in the Shelby County Jail, appear before the Honorable Tu M. Pham on August 8, 2005, 2005 at 2:00 p.m. for an initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 29th day of July, 2005.

FREDERICK H. GODWIN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN, Mark Luttrell, Sheriff/Warden.

YOU ARE HEREBY COMMANDED to have Patrick Alexander appear before the Honorable Tu M. Pham at the date and time aforementioned.

ENTERED this 29th day of July, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __7-29-05__

3

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



## Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CR-20174 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT