IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY **KC** D.C.

05 AUG 11 PM 4: 27

[ILLEGIBLE] GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

PATRICK ALEXANDER                                   05cr20174-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on __08/12/05__ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME __MARY C. JERMANN__ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____The defendant, who is not in custody, may stand on his present bond.
__✓__The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:111
ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES

Attorney assigned to Case: F. Godwin

Age: **25**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __8-15-05__

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20174 was distributed by fax, mail, or direct printing on August 15, 2005 to the parties listed.

---

Frederick H. Godwin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT